**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM MICHAEL PARKER,<br><br>Defendant. | CASE NO.: 16-3530<br><br>**CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |

This matter having been opened to the Court by the defendant WILLIAM MICHAEL PARKER, by and through his attorneys Adams, Buchan & Palo, LLC, (Kevin A. Buchan, Esq. appearing), on notice to and with the consent of the United States Attorney, Paul J. Fishman, Esq. (Assistant United States Attorney Dara Aquila Govan, Esq. appearing), the Court having considered all arguments submitted, the consent of the parties, and for good cause shown;

**IT IS on this** 3rd **day of** October **2016**

**ORDERED** that defendant William Michael Parker's conditions of release be and hereby are modified to allow William Michael Parker the following:

- Mr. Parker may act as a Pilot or Co-Pilot as permitted by the Federal Aviation Administration ("FAA")
- Mr. Parker will be permitted to Travel internationally for business purposes only
- Pretrial Services will return Mr. Parker's passport

**IT IS FURTHER ORDERED** that all other bail restrictions remain in effect; and

_____
HON. JOSEPH A. DICKSON, U.S.M.J.

I hereby consent to the form and entry of this Order:

_____         Dated: September 30, 2016
Dara Aquila Govan, Esq.
Assistant United States Attorney


 s/ Kevin A. Buchan, Esq.            Dated: September 30, 2016
Christopher D. Adams, Esq.,
Attorney for Defendant,
William Michael Parker